# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROCKLAND BURKS AND ADRIENNE LAWRENCE, individually and as parents and natural guardians of E.B., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, BRISTOL-MYERS SQUIBB COMPANY, AND MEAD JOHNSON & CO., <br><br> Defendants. | Civil No. 08-3414 (JRT/JSM) <br><br><br> **ORDER FOR DISMISSAL** |

This matter is before the Court on the stipulation to dismiss Defendant Bristol-Myers Squibb Company, filed on January 31, 2011 [Docket No. 170].

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is **DISMISSED WITHOUT PREJUDICE** as to Defendant Bristol-Myers Squibb Company.

DATED: February 1, 2011
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                            United States District Judge